UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LAW OFFICES OF THOMAS D. GEARON, P.C.
Thomas D. Gearon, Esq.
136-20 38th Avenue
Suite 9i
Flushing, NY 11354
(718) 395-8103
Attorneys for Plaintiffs
--------------------------------------------------------------------------------X

**GUO RONG ZHAO,** *individually and on behalf of other employees*
*Similarly situated*,

                    Plaintiffs,                                    Case No.: 15 Civ. 681

        -against-

**F&T MANAGEMENT & PARKING CORP., CP PARKING**
**CORP., SUNNY CHIU, THOMAS CHANG, JOHN DOE**
**AND JANE DOE #1-10**

                    Defendants.
--------------------------------------------------------------------------------X

NOTICE OF DEPOSITION DUCES TECUM

TO:    **GUO RONG ZHAO**
       c/o Hang & Associates PLLC
       136-18 39th Avenue Suite 1003
       Flushing, NY 11354

       PLEASE TAKE NOTICE that Defendants' counsel for **F&T MANAGEMENT &**

**PARKING CORP., CP PARKING CORP., SUNNY CHIU, THOMAS CHANG, JOHN DOE AND**

**JANE DOE #1-10**, has scheduled the deposition of Plaintiff **GUO RONG ZHAO** for **Friday July**

**31, 2015 at 10:00 a.m**., regarding the issues pertaining to this litigation. We are requesting that

any documents and/or information pertaining to this pending action be brought to the deposition

for photocopying, at the business center offices of Queens Crossing, 138-20 38th Ave., 3rd Floor,

Flushing, New York 11354, before a Court Reporter who is not counsel to the parties or

interested in the event or cause, upon oral examination for discovery, for use at trial, and for any other purpose permitted under the Federal Rules of Civil Procedure. The taking of this deposition shall be recorded by stenographic means and may be recorded in whole or part by videotape and shall continue from day to day until completed.

Dated: July 28, 2015

          Respectfully submitted,

          By: _____/s/ Thomas D. Gearon_____
          Thomas D. Gearon, Esq.
          LAW OFFICE OF THOMAS D. GEARON, P.C.
          136-20 38th Avenue Suite 9i
          Flushing, New York 11354
          Phone: (718) 395-8103
          *Attorney for Defendants*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------------------X

**GUO RONG ZHAO,** *individually and on behalf of other employees*
*Similarly situated*,

                **Plaintiffs,**                               CASE NO.: 15 Civ. 681

   -against-

**F&T MANAGEMENT & PARKING CORP., CP PARKING**
**CORP., SUNNY CHIU, THOMAS CHANG, JOHN DOE**
**AND JANE DOE #1-10**

                **Defendants.**
-----------------------------------------------------------------------------------X

I hereby certify that a true and correct copy of the foregoing was sent via USPS to: (i) Attorney for Plaintiff GUO RONG ZHAO, at Hang & Associates PLLC 136-18 39th Avenue Suite 1003 Flushing, NY 11354 on this 28th day of July, 2015.

                                        Respectfully submitted,

                                        By: _____/s/ Thomas D. Gearon_____
                                        Thomas D. Gearon, Esq.
                                        LAW OFFICE OF THOMAS D. GEARON, P.C.
                                        136-20 38th Avenue Suite 9i
                                        Flushing, New York 11354
                                        Phone: (718) 395-8103
                                        *Attorney for Defendants*

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------------X

**GUO RONG ZHAO,** *individually and on behalf of other employees Similarly situated*,

                      Plaintiffs,                      Case No.: 15 Civ. 681

   -against-

**F&T MANAGEMENT & PARKING CORP., CP PARKING CORP., SUNNY CHIU, THOMAS CHANG, JOHN DOE AND JANE DOE #1-10**

                      Defendants.
------------------------------------------------------------------------------------X

___

**NOTICE OF DEPOSITION**

___

**LAW OFFICES OF THOMAS D. GEARON, P.C.**
136-20 38th Avenue
Suite 9i
Flushing, NY 11354
(718) 395-8103
**Attorneys for Plaintiffs**